UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

www.flsb.uscourts.gov

IN RE:                                                                    CHAPTER 11

ADINATH CORP.                                                CASE NO.: 15-16885-AJC
          Debtor(s).           /              (Jointly administered)

APPOINTMENT AND NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS
IN SIMPLY FASHION STORES, Ltd., Case No. 15-16888 LMI

      Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

SEE EXHIBIT "A" ATTACHED

      I certify that a true and correct copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS IN SIMPLY FASHION STORES, Ltd., Case No. 15-16888 LMI was served by first-class U. S. Mail upon the members of the committee as appointed on Exhibit A. Electronically through CM/ECF, on parties having appeared electronically in the instant matter and to: All parties on the attached service list on this the 22nd day of April 2015.

                                              GUY G. GEBHARDT
                                              Acting United States Trustee
                                              Region 21

By:                                        /s/
Steven D. Schneiderman
Trial Attorney
Office of the U.S. Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130
Tele: (305) 536-7285
Fax: (305) 536-7360
*Steven.D.Schneiderman@usdoj.gov*

**EXHIBIT A**

*Kevin Ritter, Director
The CIT Group/Commercial Services, Inc.
11 West 42nd Street
New York, NY  10036
Tele:  212-461-5447
Fax:  212-461-5420

EMAIL – kevin.ritter@cit.com

Robert Olemberg, President
Olem Shoe Corporation
800 N. W. 21 Street
Miami, FL  33127
Tele:  305-325-9000
Fax:  305-324-1230

EMAIL – Rolemberg@olemshoe.com

Anthony Verrilli
Rosenthal & Rosenthal, Inc.
1370 Broadway
New York, NY  10918
Tele:  212-356-1493
Fax:  212-356-3493

EMAIL – Averrilli@rosenthalinc.com

Serkan Ozgun, Controller
Louise Paris Ltd.
1407 Broadway, Suite #1405
New York, NY  10018
Tele:  212-354-5411, Ext. #221
Fax:  212-354-0048

EMAIL – serkan@louiseparis.com

Abe Hanan, CEO
PPI Apparel Group
Panties Plus, Inc.
320 5th Avenue, 2nd Floor
New York, NY  10001
Tele:  212-779-1999
Fax:  212-779-8183

EMAIL – Abe@ppiapparel.com

* Indicates the temporary chairperson of the committee

## SERVICE LIST

- Paul Steven Singerman    singerman@bergersingerman.com, mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Joaquin J Alemany    joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- Paul J. Battista    pbattista@gjb-law.com, gjbecf@gjb-law.com
- Eric B Funt    eric.funt@hklaw.com
- Heather L Harmon    HHarmon@gjb-law.com, gjbecf@gjb-law.com
- Ian J Kukoff    ian.kukoff@blaxgray.com, alexis.read@blaxgray.com;kukoff.assistant@blaxgray.com
- Robert L LeHane    kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
- Prime Clerk LLC (Smith)    dsmith@primeclerk.com, ecf@primeclerk.com

Raymond Braha, President
Statement Accessories, LLC
d/b/a True Love Accessories
10 West 33rd Street, Suite #210
New York, NY  10001

Joshua A. Marcus, Esq.
Meland Russin & Budwick, PA
200 S. Biscayne Blvd., Suite #3200
Miami, FL  33131

    I hereby certify that I am admitted to the Bar of the State of Illinois and the I am excepted from additional qualifications to practice in this Court pursuant to Local Rules 9011-4 and 2090(B)(2)(b) pertaining to attorneys representing the United States government.

                                        ___/s/_____
                                        Steven D. Schneiderman
                                        Trial Attorney