

# OFFICE OF THE CLERK
## **M E M O R A N D U M**

**TO**:     Howard A. Blaustein, Co-President
          Prime Clerk LLC

**FROM**: Joseph Falzone, Clerk of Court
            U.S. Bankruptcy Court, Southern District of Florida

**DATE**:   April 22, 2015

**RE**:     *Agreement to Serve as Third-Party Noticing & Claims Agent for the Clerk*

| | |
|---|---|
| In re:   Adinath Corp. and Simply Fashions Stores, LTD. | Case No. 15-16885-LMI |
|         And Simply Fashions Stores, LTD. | Chapter 11 Jointly Administered |
| | Case No. 15-16888-LMI |

On **April 21, 2015 [ECF #70]**, an Order Authorizing Retention of Prime Clerk LLC **("Prime Clerk")**, as official Noticing and Claims Agent for the Clerk of Court was entered in the above-styled cases. Pursuant to 28 U.S.C. § 156(c), the bankruptcy clerk of court is the official custodian of the records and dockets of the bankruptcy court and is responsible for the security and integrity of said records, including those maintained by a third-party noticing and claims agent retained by the debtors. *Guidelines on Use of Outside Facilities and Services* have been established by the Judicial Conference to help assure the security and integrity of original court records.

Pursuant to those guidelines, the third-party noticing and claims agent **"Prime Clerk"** will relieve the clerk's office of all noticing requirements under any applicable bankruptcy rule, process proofs of claim, produce the claims register, and mark and tabulate ballots in the same manner as the clerk of the bankruptcy court.

Accordingly, **"Prime Clerk"** agrees to:

**1)**     notify all creditors and interested parties of the filing of the bankruptcy petition and the setting of the Section 341 meeting of creditors (using a form approved by the court) and file with the clerk, within two business days after service (include a copy of the notice), a certificate of service listing the parties (names and addresses) to whom it was mailed (in alpha order) and the date of mailing;

**2)**     provide notice to all creditors and interested parties of a last date for filing of proofs of claim using a court approved, proof of claim form and instructions which substantially conform to the Official Form B10;

**3)**     within 10 days from the mailing of the notice of last date to file claims and the proof of claim form, file a certificate of service with the clerk which includes a copy of the notice and proof of claim form and a list of persons (names and addresses) to whom it was mailed (in alpha order), and the date of mailing;

4) ensure that all future notices mailed by **"Prime Clerk"** are sent timely in accordance with the Federal Rules of Bankruptcy Procedure, Bankruptcy Code, local rules and orders of this court;

5) provide the clerk's office with a sufficient number of self-addressed, pre-paid UPS/FedEx air bills for the clerk's office to mail original proofs of claims to **"Prime Clerk"** for processing;

6) create and maintain an official claims register which should include the following information:
(i) the name and address of claimant and agent, if agent filed proof of claim;
(ii) the date filed;
(iii) the claim number assigned; and
(iv) the amount and classification asserted by claimant.

7) maintain original proofs of claim in consecutive claim number order in an environmentally secure area and protect the integrity of these original documents from theft, alteration and/or national disaster;

8) maintain a complete and accurate claims register, **"Prime Clerk"** agrees to routinely review the CM/ECF claims register in the event proofs of claim are inadvertently electronically filed with the court;

9) electronically file in the court's automated case management system (CM/ECF), on a **<u>Weekly</u>** basis an official copy of the claims registers (both alpha and numeric in PDF format) of all filed claims processed for a period not less than 6 weeks after expiration of the claims bar date; thereafter, an updated register shall be filed on a **<u>Monthly</u>** basis or as claim volume dictates upon request by the clerk's office;

10) maintain and file in CM/ECF (PDF format), an up-to-date official mailing list which shall be available to the clerk, at no expense to the clerk's office, and upon request, a party in interest at their expense;

11) remain open to the public for examination of the original proofs of claim without charge during normal business hours;

12) provide copies of claims (or acknowledgment letters) to the public, upon request, for a reasonable charge not to exceed the fees charged by the court for copies and research as prescribed by the Bankruptcy Court Miscellaneous Fee Schedule;

13) maintain a telephone staff to handle public inquiries related to procedures for filing proofs of claim in these cases;

14) maintain a complete and accurate claims register, **"Prime Clerk"** agrees to routinely review the court docket and record all transfers of claims pursuant to FRBP 3001(e) and provide notice of the transfer as required by FRBP 3001(e);

15) maintain a complete and accurate claims register, **"Prime Clerk"** agrees to routinely review the court docket and record changes to the claims register pursuant to orders on objections to claims

16) maintain regular contact with the debtor's attorney to ensure that any court docket entries which affect claims (i.e., withdrawals, transfers, etc.), are transmitted to **"Prime Clerk"** for recording on the claims docket;

17) ensure that original ballots received by "Prime Clerk" are processed as follows:
   (i) ballots will be date-stamped and numbered in the same manner as the clerk would otherwise do;
   (ii) ballots will be tabulated using Local Form 34 (Plan Proponent Certificate) which will constitute the ballot register;
   (iii) as soon as debtor's counsel files the Plan Proponent Certificate with the court "Prime Clerk" will mail original ballots and register to the court with a notice of filing signed by a representative of "Prime Clerk".

18) in the event of termination of the services of "Prime Clerk," or at the close of the cases, immediately ship to the clerk's office or other such party as the court directs, at no expense to the clerk's office or other such party, all original documents (including a CD containing all scanned proofs of claim in PDF format), a current alpha and numeric claims register, a current creditor matrix and any such other data prepared by the outside claims agent on behalf of the clerk's office. Unless ordered otherwise, documents must be shipped to: **Clerk, United States Bankruptcy Court, Southern District of Florida, C. Clyde Atkins U.S. Courthouse, 301 N. Miami Avenue, Rm. 150, Miami, FL 33128.**

19) immediately notify the clerk's office in writing of a change of address of the official noticing and claims agent;

20) **not** employ any past or present employees of the debtor for work on these cases;

21) comply with all applicable state, municipal and local laws, and the rules, orders, regulations and requirements of federal governmental departments and bureaus;

22) promptly comply with such further conditions and requirements as the clerk may hereafter prescribe.

"Prime Clerk" is not employed by the government and shall not seek any compensation from the government. By accepting appointment in this case, the outside claims agent waives any right to receive compensation from the government. "Prime Clerk" is not an official representative of the United States, is not acting on behalf of the United States, and shall not misrepresent this fact to the public.

*Please sign the enclosed copy of this memorandum agreement and return to the clerk as acceptance of appointment to this case and your agreement to adhere to the foregoing guidelines.*

NOTICING/CLAIMS AGENT:

Prime Clerk LLC
830 3rd Avenue, 9th Floor
New York, NY  10022

By: _____          Date: 4/23/15
Howard A. Blaustein, Co-President
hblaustein@primeclerk.com