UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                                        Chapter 11 Cases

ADINATH CORP. and
SIMPLY FASHION STORES, LTD.,[1]                       Case No. 15-16885-LMI
                                                                                                  (Jointly Administered)

        Debtors.
_____/

## AFFIDAVIT OF SERVICE

      I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

      On July 10, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Debtor's Expedited Motion for an Order (I) Approving the Bidding and Auction Procedures for the Sale of Intellectual Property, (II) Setting Lease Sale Hearing Dates, (III) Authorizing and Approving (A) the Sale of Intellectual Property Free and Clear of Liens, Claims, Encumbrances and Other Interests, and (B) Assumption and Assignment of Leases and (IV) Granting Certain Related Relief [Docket No. 396]

    In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system received the above referenced document via electronic service. Additionally, a courtesy copy was served by Prime Clerk via electronic mail to the parties who requested CM/ECF notification.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Adinath Corp., 2110 N.W. 95th Avenue, Miami FL 33172 (4843); and (ii) Simply Fashion Stores, Ltd., 2500 Crestwood Boulevard, Birmingham, AL 35210 (6230).

Dated: July 13, 2015

_____
Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 13, 2015, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified in Nassau County
My Commission Expires June 16, 2018

SRF 3320

## **Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Sumter Square South Carolina LP, assignee of Sumter National L.P. | Adams and Reese LLP | Attn: Tara E. Nauful<br>1501 Main Street<br>5th Floor<br>Columbia SC 29201 | tara.nauful@arlaw.com | Email |
| Counsel to Office of Unemployment Compensation Tax Services, Commonwealth of Pennsylvania, Department of Labor and Industry | Attorney for Commonwealth of Pennsylvania | Attn: Linda Mitten<br>651 Boas Street<br>Room 700<br>Harrisburg PA 17121 | ra-li-ucts-bankrupt@state.pa.us | Email |
| Counsel to Gainesville SC Company | Attorney for Gainesville SC Company, Ltd. | Attn: Carla Markowitz, Esq.<br>P.O. Box 20582<br>Tampa FL 33622 | Markowitz@landlordlitigation.com | Email |
| Attorney General of the U.S. | Attorney General of the U.S. | The Honorable Loretta Lynch<br>950 Pennsylvania Avenue, NW Room 4400<br>Washington DC 20530-0001 | | First Class Mail |
| Counsel to Aronov Realty Management, Inc.; Phillip Edison Co.; Brixmor Property Group | Ballard Spahr LLP | Attn: David L. Pollack, Esquire<br>1735 Market Street<br>51st Floor<br>Philadelphia PA 19103 | pollack@ballardspahr.com | Email |
| Counsel to Belz Investco GP | Belz Investco GP | Attn: Russell W. Savory, Esq.<br>88 Union Avenue<br>14th Floor<br>Memphis TN 38103 | russ@bsavory.com | Email |
| Counsel to Hilco Merchant Resources, LLC and Gordon Brothers Retail Group, LLC | Bilzin Sumberg Baena Price & Axelrod LLP | Attn: Scott L. Baena, Esq. & Jay M. Sakalo, Esq.<br>1450 Brickell Avenue<br>Suite 2300<br>Miami FL 33131 | sbaena@bilzin.com<br>jsakalo@bilzin.com | Email |
| Counsel to Olem Shoe Corporation | Blaxberg, Grayson & Kukoff & Twombly, P.A. | Attn: Ian J. Kukoff<br>Ingram Building, Suite 730<br>25 S.E. Second Avenue<br>Miami FL 33131-1506 | ian.kukoff@blaxgray.com<br>kukoff.assistant@blaxgray.com | Email |
| Counsel to The Shoppes of Liberty City, LLC & Redevco Management | Blaxberg, Grayson & Kukoff, P.A. | Attn: Alexis S. Read, Esq.<br>25 SE Second Avenue<br>Suite 730<br>Miami FL 33131 | alexis.read@blaxgray.com | Email |
| Counsel to Bruce Gendelman Company, Inc. | Broad and Cassel | Attn: C. Craig Eller<br>One North Clematis Street<br>Ste 500<br>West Palm Beach FL 33401 | celler@broadandcassel.com | Email |
| Counsel to Southern Plaza, LLC | Carlton Fields Jorden Burt, P.A. | Attn: Alexandra D. Blye<br>525 Okeechobee Blvd.<br>Suite 1200<br>West Palm Beach FL 33401 | ablye@carltonfields.com | Email |
| Counsel to Ramco-Gershenson Properties, LP; Wyoming Mall, Ltd.; Eastover Plaza Improvements, LLC; Levittown, LP; Northern Lights Improvements, LLC | Clark Hill, PLC | Attn: David M. Blau<br>151 S. Old Woodward Ave.<br>Ste 200<br>Birmingham MI 48009 | dblau@clarkhill.com | Email |
| Counsel on Behalf of Official Committee of Unsecured Creditors | Cooley, LLP | Attn: Jay Indyke, Esq & Richard Kanowitz, Esq. & Michael Klein, Esq.<br>1114 Avenue of the Americas<br>New York NY 10036-7798 | jindyke@cooley.com<br>rkanowitz@cooley.com<br>mklein@cooley.com | Email |
| Counsel to Joyland Shopping Center, Inc. | Dakmak Peurach, P.C. | Attn: Robert A. Peurach<br>41740 Six Mile Road<br>Ste. 101<br>Northville MI 48168 | rpeurach@gdakmak.com | Email |

In re Adinath Corp., et al.
Case No. 15-16885 (LMI)

Page 1 of 4

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Doug Belden, Hillsborough County Tax Collector | Doug Belden, Hillsborough County Tax Collector | Attn: Brian T. Fitzgerald, Esq.<br>P.O. Box 1110<br>Tampa FL 33601-1110 | fitzgeraldb@hillsboroughcounty.org | Email |
| Counsel to Duval County Tax Collector | Duval County Tax Collector | Attn: Kelly H. Papa, Asst General Counsel<br>117 W. Duval Street<br>Suite 480<br>Jacksonville FL 32202 | kpapa@coj.net | Email |
| Counsel to JNS INVT, LLC | Genovese Joblove & Battista, P.A. | Attn: Paul J. Battista, Esq. & Heather L. Harmon, Esq.<br>100 SE Second Street, 44th Floor<br>Miami FL 33131 | pbattista@gjb-law.com<br>hharmon@gjb-law.com | Email |
| Local Counsel on Behalf of Official Committee of Unsecured Creditors | Gray Robinson, P.A. | Attn: Robert A. Schatzman, Esq. & Steven J. Solomon, Esq<br>333 SE 2nd Avenue<br>Ste 3200<br>Miami FL 33131 | steven.solomon@gray-robinson.com<br>robert.schatzman@gray-robinson.com | Email |
| Counsel to Country Club Plaza Associates, LLC | Green & Levine LLP | Attn: Tamara Kagan Levine<br>231 Farmington Avenue<br>Farmington CT 06032 | Tlevine@greenlevine.com | Email |
| Counsel to Kimco of North Miami, Inc. | Greenspoon Marder, P.A. | Attn: Chad S. Paiva, Esq.<br>CityPlace Tower, Suite 1570<br>525 Okeechobee Blvd.<br>West Palm Beach FL 33401 | chad.paiva@gmlaw.com | Email |
| Counsel to National Cities Corporation, Realnet American Way Acquisitions, LLC | Harkavy, Shainberg, Kaplan & Dunstan PLC | Attn: Alan M. Harkavy, Esq.<br>6060 Poplar Ave<br>Suite 140<br>Memphis TN 38119 | aharkavy@harkavyshainberg.com | Email |
| Counsel to Aronov Realty Management, Inc.; Phillip Edison Co.; Brixmor Property Group; UCR Asset Services and AMCB Perring LLC; Rivercrest Realty Associates; New Orleans (River Commons) DDP, LLC; Wheeler Real Estate Investment Trust, Inc. | Holland & Knight LLP | Attn: Joaquin J. Alemany, Esq. & Eric B. Funt, Esq.<br>701 Brickell Avenue<br>Suite 3300<br>Miami FL 33131 | joaquin.alemany@hklaw.com<br>eric.funt@hklaw.com | Email |
| Interested Party | Iberia Bank | Attn: Bankruptcy Dept<br>P.O. Box 7299<br>Little Rock AR 72217-7299 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | 2670 Market Street<br>Mail Stop 5-Q30, 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia PA 19101-7345 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Special Procedures - Insolvency<br>7850 SW 6th Court<br>Plantation FL 33324 | | First Class Mail |
| IRS District Counsel | IRS District Counsel | Special Asst. U.S. Attorney<br>1000 S. Pine Island Rd., Ste 340<br>Plantation FL 33324-3906 | | First Class Mail |
| Secured Creditor | JNS INVT, LLC | 2110 N.W. 95th Avenue<br>Miami FL 33172 | | First Class Mail |
| Counsel to Acadia Realty Trust and UCR Asset Services | Katten Muchin Rosenman LLP | Attn: Dustin P. Branch, Esq.<br>2029 Century Park East<br>Suite 2600<br>Los Angeles CA 90067-3012 | dustin.branch@kattenlaw.com | Email |
| Counsel to DDR Corp. and Weingarten Realty Investors | Kelley Drye & Warren LLP | Attn: Robert L. LeHane, Esq.<br>101 Park Avenue<br>New York NY 10178 | KDWBankruptcyDepartment@kelleydrye.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Buchanan Acquisition LP | Kriss & Feuerstein LLP | Attn: Jerold C. Feuerstein, Esq.<br>360 Lexington Avenue<br>Suite 1200<br>New York NY 10017 | jfeuerstein@kandfllp.com | Email |
| Counsel to Tarrant County; Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@publicans.com | Email |
| Counsel to Harris County & Cypress-Fairbanks ISD | Linebarger, Goggan, Blair & Sampson, LLP | Attn: John P. Dillman<br>PO Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@publicans.com | Email |
| Counsel to Prince George's County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | Attn: M. Evan Meyers<br>6801 Kenilworth Avenue<br>Suite 400<br>Riverdale MD 20737-1385 | admin@mrrlaw.net | Email |
| Interested Party | Michael Bazley | FBN 2237467<br>651 "I" Street<br>Sacramento CA 95814 | | First Class Mail |
| Counsel to CAPREF SMYRNA LLC | Nardella & Nardella, PLLC | Attn: Michael A. Nardella, Esq.<br>250 East Colonial Drive<br>Suite 102<br>Orlando FL 32801 | mnardella@nardellalaw.com | Email |
| Counsel to Commander Signs | Nicholas B. Bangos, P.A. | Attn: Nicholas B. Bangos<br>100 S.E. 2nd Street<br>Suite 3400<br>Miami FL 33131 | nbangos@diazreus.com | Email |
| United States Trustee for the Southern District of Florida | Office of The United States Trustee | Steven D. Schneiderman, Esq., Trial Attorney<br>United States Department Of Justice<br>51 S.W. First Ave., Suite 1204<br>Miami FL 33130 | Steven.D.Schneiderman@usdoj.gov | First Class Mail and Email |
| Attorney General for the Southern District of Florida | Office of the US Attorney | Hon Wilfredo A Ferrer, US Attorney<br>99 N E 4th St<br>Miami FL 33132 | | First Class Mail |
| Counsel to JNS INVT, LLC | Paul Battista, Esq. | Genovese Joblove & Battista, P.A.<br>100 SE 2nd Street<br>Suite 4400<br>Miami FL 33131 | pbattista@gjb-law.com | First Class Mail and Email |
| Counsel to Arlington ISD, Mansfield ISD, City of Lake Worth, Grapevine-Colleyville ISD, Crowley ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Elizabeth Banda Calvo and Eboney Cobb<br>500 E. Border Street<br>Suite 640<br>Arlington TX 76010 | ebcalvo@pbfcm.com | Email |
| Counsel to Wright/Hurd Properties, L.L.C., the landlord for Store #141 located at Wright Plaza formerly known as Food World Plaza South Shopping Center, Tuscaloosa, Alabama | Phelps, Jenkins, Gibson & Fowler, L.L.P. | Attn: Randolph M. Fowler<br>P.O. Box 020848<br>Tuscaloosa AL 35402-0848 | rfowler@pjgf.com | Email |
| Counsel to Roebuck Marketplace Associates, LLC; c/o American Commercial Realty Corp. | Roebuck Marketplace Associates, LLC; c/o American Commercial Realty Corp. | Attn: Jeffrey Solomon, Esquire<br>3864 Sheridan Street<br>Hollywood FL 33021 | solomonjeffrey@hotmail.com | Email |
| Counsel to Mahavir International, Inc. | Salazar Jackson LLP | Attn: Luis Salazar, Esq.<br>2000 Ponce De Leon Boulevard<br>Penthouse<br>Coral Gables FL 33134 | Salazar@SalazarJackson.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of The Treasury<br>100 F St NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities & Exchange Commission | Securities & Exchange Commission | Susan S Beard, Branch of Reorganization<br>950 E Paces Ferry Road, NE, Ste. 900<br>Atlanta GA 30326-1382 | | First Class Mail |
| Securities and Exchange Commission - Regional office | Securities & Exchange Commission - NY Office | Attn Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street Ste 400<br>New York NY 10281-1022 | NYROBankruptcy@sec.gov<br>bankruptcynoticeschr@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional office | Securities & Exchange Commission - Philadelphia Office | Attn Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd Ste 520<br>Philadelphia PA 19103 | philadelphia@sec.gov<br>secbankruptcy@sec.gov | First Class Mail and Email |
| Counsel to Monarch at North Charleston, LLC | Shraiberg, Ferrara & Landau, P.A. | Attn: Bradley S. Shraiberg, Esq.<br>2385 NW Executive Center Drive<br>Suite 300<br>Boca Raton FL 33431 | bshraiberg@sfl-pa.com | Email |
| Counsel to 6000 Woodland Partners LP | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire<br>123 South Broad Street<br>Suite 2100<br>Philadelphia PA 19109 | dplon@sirlinlaw.com | Email |
| Special Asst. U.S. Attorney | Special Asst. U.S. Attorney | P.O. Box 9, Stop 8000<br>51 SW 1st Avenue, #1114<br>Miami FL 33130 | | First Class Mail |
| Counsel to Epicor Software Corporation, f/k/a NSB Retail Solutions, Inc. | Strasburger & Price, LLP | Attn: Duane J. Bresica & Carlos Garcia<br>720 Brazos<br>Suite 700<br>Austin TX 78701 | duane.brescia@strasburger.com<br>carlos.garcia@strasburger.com | Email |
| Counsel to the Tennessee Attorney General's Office | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville TN 37202-0207 | stuart.wilson-patton@ag.tn.gov | Email |
| Counsel to Gator Linton Partners, LTD; Gateway Retail Center, LLC | Tobin & Reyes, P.A. | Attn: Ricardo A. Reyes & Stefanie R. Shelley & Hector E. Valdes-Ortiz<br>225 N.E. Mizner Boulevard<br>Suite 510<br>Boca Raton FL 33432 | rar@tobinreyes.com<br>sshelley@tobinreyes.com<br>eservice@tobinreyes.com<br>hvaldes@tobinreyes.com<br>dboentgen@tobinreyes.com<br>mhorton@tobinreyes.com<br>acosti@tobinreyes.com | Email |
| Counsel to Steven E. Crook & Associates | Tune, Entrekin & White, P.C. | Attn: Joseph P. Rusnak<br>UBS Tower, Suite 1700<br>315 Deaderick Street<br>Nashville TN 37238 | jrusnak@tewlawfirm.com | Email |
| Counsel to Iberia Bank | Walding, LLC | Attn: Brian Walding & Christine E. Sutherlin<br>2227 First Avenue South<br>Suite 100<br>Birmingham AL 35233 | bwalding@waldinglaw.com<br>csutherlin@waldinglaw.com | Email |
| Counsel to Sympatico Real Estate, Inc.; 5335 North Military, LLC | Young & Brooks, P.A. | Attn: Stuart A. Young, Esq.<br>1860 Forest Hills Blvd.<br>Suite 201<br>West Palm Beach FL 33406 | syoung@ybplaw.com | Email |

In re Adinath Corp., et al.
Case No. 15-16885 (LMI)

Page 4 of 4