

ORDERED in the Southern District of Florida on July 20, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ADINATH CORP. and SIMPLY            Chapter 11 Cases
FASHION STORES, LTD.[1],
                                    Case No. 15-16885
    Debtors.                        Jointly Administered
_____/

### ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO APPROVE STIPULATION GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AN EXTENSION TO THE CHALLENGE PERIOD

THIS MATTER came before the Court on July 16, 2015 at 2:00 P.M., upon the *Motion of the Official Committee of Unsecured Creditors to Approve Stipulation Granting The Official Committee of Unsecured Creditors an Extension to the Challenge Period* (the "Motion") [DE # 358]. Counsel for each of JNS INVT, LLC, the Official

---

[1] The Debtors in these cases, along with the addresses and last four digits of each Debtor's federal tax identification number are: (i) Adinath Corp., 2110 N.W. 95th Avenue, Miami FL 33172 (4843); and (ii) Simply Fashion Stores, Ltd., 2500 Crestwood Boulevard, Birmingham, AL 35210 (6230).

Case No. 15-16885

Committee of Unsecured Creditors and the Debtors attended the hearing and no objections to the Motion were either filed or raised at the hearing. The Court reviewed the Motion and finds good cause for granting the relief requested. Accordingly, it is

    **ORDERED AS FOLLOWS:**

    1.    The Motion is GRANTED.

    2.    Paragraph 23 of the *Final Order Pursuant to Sections 361, 363, 364(c) and (d) of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure Authorizing (A) Debtors in Possession to Obtain Senior Secured Post-Petition Financing, (B) Granting Certain Priming Liens, (C) Modifying the Automatic Stay, (D) Granting Super-Priority Administrative Claim Status and (E) Authorizing Use of Cash Collateral and Granting Adequate Protection Therefor* (ECF No. 196) (the "Final DIP Order") is hereby AMENDED to extend the Challenge Period (as such term is defined by the Motion) solely as to the Committee to and through **July 22, 2015**. The extension provided for herein shall not apply to any creditor or other party in interest in these proceedings.

    3.    This Order is without prejudice to the Committee seeking further extensions of the Challenge Period.

###

Submitted by:

Steven J. Solomon, Esq.
GrayRobinson, P.A.
333 SE 2nd Avenue, Suite 3200
Miami, FL 33131

Copies to:
Steven J. Solomon, Esq.

(Attorney Solomon is directed to serve a conformed copy of this order upon all interested parties immediately upon receipt and to file a certificate of service with the Court.)

\303509\1 - # 1808989 v1