UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
FLORIDA MIAMI DIVISION
www.flsb.uscourts.gov

IN RE: CHAPTER 11

ADINATH CORP. CASE NO.: 15-16885-LMI
SIMPLY FASHION STORES, LTD. CASE NO.: 15-16888-LMI
(Jointly Administered)

_____Debtor(s)._____ /

## NOTICE OF APPOINTMENT OF CONSUMER PRIVACY OMBUDSMAN UNDER 11 U.S.C. §332

Guy G. Gebhardt, Acting United States Trustee for Region 21, pursuant to 11 U.S.C. Section 332 of the Bankruptcy Code, the Order directing the appointment of a consumer privacy ombudsman entered on July 23, 2015, and Bankruptcy Rule 6004(g)(2), hereby appoints James P.S. Leshaw, c/o Leshaw Law, P.A., 1395 Brickell Ave., Suite #800, Miami, FL 33131, (305) 477-1758 as the Consumer Privacy Ombudsman in the case of Simply Fashion Stores, Ltd., Case No. 15-16888-LMI. The appointee's verified statement of disinterestedness is attached as Exhibit A.

Section 332(b) and (c) of the Bankruptcy Code provides that the Consumer Privacy Ombudsman shall:

(b) The consumer privacy ombudsman may appear and be heard at such hearing and shall provide to the court information to assist the court in its consideration of the facts, circumstances, and conditions of the proposed sale or lease of personally identifiable information under section 363(b)(1)(B). Such information may include presentation of -

(1) the debtor's privacy policy;

(2) the potential losses or gains of privacy to consumers if such sale or such lease is approved by the court;

(3) the potential costs or benefits to consumers if such sale or such lease is approved by the court; and

(4) the potential alternatives that would mitigate potential privacy losses or potential costs to consumers.

(c) A consumer privacy ombudsman shall not disclose any personally identifiable information obtained by the ombudsman under this title.

This appointment is made the 24th day of July, 2015.

GUY G. GEBHARDT
Acting United States Trustee
Region 21

By: ___/s/___
Steven R. Turner
Assistant United States Trustee
Office of the U.S. Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130
Tele: (305) 536-7285