UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| ADINATH CORP. and SIMPLY FASHION STORES, LTD.,[1] | Case No. 15-16885-LMI (Jointly Administered) |
| Debtors. _____/ | |

### NOTICE OF SALE OF INTELLECTUAL PROPERTY

**PLEASE TAKE NOTICE** that in connection with Simply Fashion Stores, Ltd. ("Debtor") *Expedited Motion For An Order (I) Approving The Bidding And Auction Procedures For The Sale Of Intellectual Property, (II) Setting Intellectual Property Sale Hearing Dates, (III) Authorizing And Approving (A) The Sale Of Intellectual Property Free And Clear Of Liens, Claims, Encumbrances And Other Interests, And (B) Assumption And Assignment of Intellectual Property Agreements, And (IV) Granting Certain Related Relief*, dated July 10, 2015 [ECF No. 396] (the "Motion"), a hearing (the "Bidding Procedures Hearing") which approved bidding and auction procedures (the "Bidding Procedures") and related relief was held before the Honorable Laurel M. Isicoff, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of Florida, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 8, Miami, FL 33128 (the "Bankruptcy Court") on **July 21, 2015 at 10:00 a.m. (prevailing Eastern Time)** (the "Bidding Procedures Hearing Date").

---

[1] The Debtors in these cases, along with the addresses and last four digits of each Debtor's federal tax identification number are: (i) Adinath Corp., 2110 N.W. 95th Avenue, Miami FL 33172 (4843); and (ii) Simply Fashion Stores, Ltd., 2500 Crestwood Boulevard, Birmingham, AL 35210 (6230).

6553837-1

**PLEASE TAKE FURTHER NOTICE** that the Motion seeks, among other things, authority for the Debtor to sell its intellectual property, including, without limitation, the intellectual property identified in **Exhibit "1"** hereto (the "IP").

**PLEASE TAKE FURTHER NOTICE** that a hearing shall be held to approve the Sales of the IP before the Honorable Laurel M. Isicoff, United States Bankruptcy Judge, at the United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 8, Miami, FL 33128 on **August 11, 2015 at 10:30 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, by any party to the sale of the IP, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of Florida (the "Local Rules"), and shall be filed with the Bankruptcy Court so as to be actually received with respect to objections to the Sale of the IP, not later than **August 10, 2015 at 4:00 p.m. (prevailing Eastern Time)** by: (i) the Debtors, c/o KapilaMukamal LLP, 1000 South Federal Highway, Suite 200, Fort Lauderdale, FL 33316, Attn: Soneet R. Kapila, CRO; (ii) the Debtors, 2110 N.W. 95th Avenue, Miami, FL 33172, Attn: Swapnil Shah; (iii) counsel to the Debtors, c/o Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131, Attn: Paul Steven Singerman, Esq. and Christopher A. Jarvinen, Esq.; (iv) Hilco IP Services, LLC d/b/a Hilco Streambank, 1500 Broadway, Suite 810, New York, NY 10036, Attn: Jack Hazan and Dmitriy Chemlin; (v) counsel to Hilco, c/o Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, 23rd Floor, Miami, FL 33131, Attn: Scott L. Baena, Esq., and Jay Sakalo, Esq.; (vi) counsel to JNS INVT, LLC, Genovese, Joblove & Battista, 100 S.E. 2nd Street, Suite 4400, Miami, FL 33131, Attn: Paul Battista, Esq. (vii) counsel to the Official Committee of Unsecured Creditors, Cooley LLP, 1114 Avenue of the

Americas, New York, N.Y. 10036-7798, Attn: Jay R. Indyke, Esq. and Richard S. Kanowitz, Esq. with a copy to GrayRobinson, P.A., 333 S.E. 2nd Avenue, Suite 3200, Miami, FL 33131, Attn. Robert Schatzman, Esq. and Steven J. Solomon, Esq.; and (viii) the U.S. Trustee, 51 S.W. First Avenue, Room 1204, Miami, FL 33130.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE SALE OF THE IP LISTED ON EXHIBIT 1, THE DEBTOR WILL BE ABLE TO SELL SUCH IP TO THE WINNING BIDDER. IN SUCH EVENT, YOU WILL BE FOREVER BARRED FROM OBJECTING TO THE PURCHASE PRICE FOR SUCH IP.**

**PLEASE TAKE FURTHER NOTICE** that this Notice of Sale of Intellectual Property is not binding on the Debtor and/or the any winning bidder and does not constitute the final decision to sell the IP or some portion thereof.

**PLEASE TAKE FURTHER NOTICE** that two business days following the auction, the Debtor shall file on the docket of the Debtor's Bankruptcy Case, make available on its case administration website (http://cases.primeclerk.com/simplyfashuion) and serve on the members of the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), counsel to the Committee, the United States Trustee and every person registered to receive electronic notice in the Debtor's Chapter 11 Case through the Court's CM/ECF system a list of the IP the Debtor seeks to sell at

3

the hearing and the proposed purchaser(s).

Dated: July 27, 2015

BERGER SINGERMAN LLP
*Counsel for the Debtors and Debtors in Possession*
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone:  (305) 755-9500
Facsimile:  (305) 714-4340

By:   */s/ Christopher A. Jarvinen*
      Paul Steven Singerman
      Florida Bar No. 378860
      singerman@bergersingerman.com
      Christopher A. Jarvinen
      Florida Bar No. 21745
      cjarvinen@bergersingerman.com

# **EXHIBIT 1**

## **Schedule of Intellectual Property**

# SCHEDULE OF INTELLECTUAL PROPERTY
## Schedule 1.1(a)
### Trademarks

All trademarks owned by Simply Fashion Stores, Ltd. to include but not limited to:

**Trademark Schedule[4]**

| Trademark | Status in Trademark Office | Reg. No. | Serial No. | Reg. Date | Status |
|---|---|---|---|---|---|
| Fashion Trend | Registered | 3126370 | 78686808 | 8/6/2006 | Live |
| B.F.Y. Boots For You | Registered | 2748500 | 76382645 | 8/5/2003 | Live |
| Jamie Nicole | Registered | 2362388 | 75801295 | 6/27/2000 | Live |
| Simply Plus | Registered | 1939989 | 74619658 | 12/5/1995 | Live |
| Simply Fashion | Registered | 2007442 | 74574096 | 10/15/1996 | Live |
| Simply 6 | Registered | 1572593 | 73789691 | 12/19/1989 | Live |
| Simply | Registered | 1532425 | 73744253 | 3/28/1989 | Live |
| Erica Brooke | Registered | 2362387 | 75801078 | 6/27/2000 | Live |

---

[4] The Trademarks listed in this Schedule 1.1(a) represents, to the best of the Debtor's knowledge, all of the Debtor's Trademarks, but to the extent that the Debtor becomes aware of additional Trademarks it reserves the right to file supplemental, revised schedules in advance of the Bid Deadline and include those additional Trademarks in the sale process.

# SCHEDULE OF INTELLECTUAL PROPERTY
## Schedule 1.1(b)
## Domain Names

All domain names owned by Simply Fashion Stores, Ltd. to include but not limited to:

**Domain Name Schedule[5]**

| Domain Name | Expiry Date |
|---|---|
| SFDDNS.COM | 3/7/2018 |
| SFDDNE.NET | 3/7/2018 |
| SFMIS.NET | 3/7/2018 |
| SHOPFASHIONTREND.COM | 7/13/2020 |
| SHOPFASHIONTRENDS.COM | 7/13/2020 |
| SIMPLY6.COM | 7/13/2020 |
| SIMPLYFASHION.COM | 7/13/2020 |
| SIMPLYFASHIONCLOTHINGSTORE.COM | 7/13/2020 |
| SIMPLYFASHIONS.COM | 7/13/2020 |
| SIMPLYFASHIONSSTORES.COM | 7/13/2020 |
| SIMPLYFASHIONSTORE.COM | 7/13/2020 |
| SIMPLYFASHIONSSTORES.COM | 7/13/2020 |
| SIMPLYFASHION.INFO | 10/21/2021 |
| SIMPLYFASHIONAPPAREL.COM | 7/24/2022 |
| SIMPLYFASHIONAPPAREL.INFO | 7/25/2022 |

---

[5] The Trademarks listed in this Schedule 1.1(b) represents, to the best of the Debtor's knowledge, all of the Debtor's Domain Names, but to the extent that the Debtor becomes aware of additional Domain Names it reserves the right to file supplemental, revised schedules in advance of the Bid Deadline and include those additional Domain Names in the sale process.

**Exhibit A**
**Schedule 4.1(c)**

Seller has advised Buyer that the Acquired Assets are or may be subject of the following:

Agency Agreement dated April 17, 2015 between Simply Fashion Stores, Ltd., on the one hand, and Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, on the other hand, approved by Order of this Court dated May 6, 2015 [ECF No. 195], which shall terminate on June 30, 2015.