United States Bankruptcy Court
Southern District of Florida

In re:                                                                    Case No. 15-16885-LMI
Adinath Corp.                                                             Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1          User: cgrimm              Page 1 of 3              Date Rcvd: Aug 12, 2015
                             Form ID: CGFD17           Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2015.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
consult       Jack Hazan
                                                                          TOTALS: 1, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2015 at the address(es) listed below:
          Alexandra D Blye    on behalf of Creditor    Southern Plaza, LLC ablye@cfjblaw.com,
          kdemar@cfjblaw.com;wpbecf@cfdom.net
          Alexis S Read    on behalf of Creditor    Shoppes of Liberty City, LLC alexis.read@blaxgray.com,
          read.assistant@blaxgray.com
          Andrew D. Zaron, Esq.    on behalf of Interested Party    Rainbow Northeast Leasing, Inc.
          azaron@leoncosgrove.com, asabater@leoncosgrove.com;lalvarez@leoncosgrove.com
          Andrew D. Zaron, Esq.    on behalf of Interested Party    East Lake Management and Developement
          Corporation azaron@leoncosgrove.com, asabater@leoncosgrove.com;lalvarez@leoncosgrove.com
          Becket and Lee LLP, Esq    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
          Bradley S Shraiberg    on behalf of Creditor    Monarch at North Charleston, LLC
          bshraiberg@sfl-pa.com,
          dwoodall@sfl-pa.com;lrosettoparr@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@
          gmail.com;ematteo@sfl-pa.com
          Brian T FitzGerald, Esq    on behalf of Creditor Doug  Belden fitzgeraldb@hillsboroughcounty.org,
          connorsa@hillsboroughcounty.org;stroupj@hillsboroughcounty.org
          C Craig Eller, Esq    on behalf of Interested Party    Bruce Gendelman Company, Inc.
          celler@broadandcassel.com
          Carla M Markowitz    on behalf of Creditor    Gainesville SC Company, Ltd.
          markowitz@landlordlitigation.com
          Chad S Paiva    on behalf of Creditor    PL Cherrydale Point, LLC chad.paiva@gmlaw.com,
          katrina.bankert@gmlaw.com
          Chad S Paiva    on behalf of Creditor    Kimco of North Miami, Inc. chad.paiva@gmlaw.com,
          katrina.bankert@gmlaw.com
          Christine E Sutherlin    on behalf of Creditor    IberiaBank csutherlin@waldinglaw.com
          Christopher A Jarvinen    on behalf of Debtor    Adinath Corp. cjarvinen@bergersingerman.com,
          efile@bergersingerman.com;mdiaz@bergersingerman.com;efile@ecf.inforuptcy.com
          Christopher A Jarvinen    on behalf of Interested Party    Simply Fashion Stores, Ltd.
          cjarvinen@bergersingerman.com,
          efile@bergersingerman.com;mdiaz@bergersingerman.com;efile@ecf.inforuptcy.com
          David L Gay, Esq.    on behalf of Interested Party    Simply Fashion Stores, Ltd.
          dgay@bergersingerman.com,
          efile@bergersingerman.com;efile@ecf.inforuptcy.com;jruiz@bergersingerman.com
          David M Blau    on behalf of Creditor    Ramco-Gershenson Properties, LP dblau@clarkhill.com
          David M Blau    on behalf of Creditor    Eastover Plaza Improvements, LLC dblau@clarkhill.com
          David M Blau    on behalf of Creditor    Wyoming Mall, Ltd. dblau@clarkhill.com
          David M Blau    on behalf of Creditor    Levittown, LP dblau@clarkhill.com
          David M Blau    on behalf of Creditor    Northern Lights Improvements, LLC dblau@clarkhill.com
          David Neal Stern    on behalf of Creditor    BRC Russellville, LLC dnstern@fwblaw.net,
          mkassower@fwblaw.net
          David Neal Stern    on behalf of Interested Party    Oakworth Capital Bank dnstern@fwblaw.net,
          mkassower@fwblaw.net
          Dean C Waldt    on behalf of Interested Party    Aronov Realty Management, Inc
          waldtd@ballardspahr.com,
          direnzop@ballardspahr.com;pollack@ballardspahr.com;hartt@ballardspahr.com
          Dean C Waldt    on behalf of Interested Party    Phillip Edison & Co. waldtd@ballardspahr.com,
          direnzop@ballardspahr.com;pollack@ballardspahr.com;hartt@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Dean C Waldt    on behalf of Interested Party    Brixmor Property Group waldtd@ballardspahr.com,
          direnzop@ballardspahr.com;pollack@ballardspahr.com;hartt@ballardspahr.com
          Diane Noller Wells, Esq    on behalf of Creditor    Georgia Power Company diane@twellslaw.com,
          efiling@twellslaw.com
          Diane Noller Wells, Esq    on behalf of Creditor    PECO Energy Company diane@twellslaw.com,
          efiling@twellslaw.com
          Diane Noller Wells, Esq    on behalf of Creditor    Virginia Electric and Power Company
          diane@twellslaw.com,  efiling@twellslaw.com
          Diane Noller Wells, Esq    on behalf of Creditor    Virginia Electric adn Power Company
          diane@twellslaw.com, efiling@twellslaw.com
          Diane Noller Wells, Esq    on behalf of Creditor    Baltimore Gas and Electric Company
          diane@twellslaw.com,  efiling@twellslaw.com
          Diane Noller Wells, Esq    on behalf of Creditor    Orlando Utilities Commission
          diane@twellslaw.com,  efiling@twellslaw.com
          Dustin Branch   on behalf of Creditor    UCR Asset Services dustin.branch@kattenlaw.com,
          donna.carolo@kattenlaw.com;lora.anderson@kattenlaw.com
          Dustin Branch   on behalf of Creditor    Acadia Realty Trust dustin.branch@kattenlaw.com,
          donna.carolo@kattenlaw.com;lora.anderson@kattenlaw.com
          Eric B Funt   on behalf of Interested Party    Brixmor Property Group eric.funt@hklaw.com
          Eric B Funt   on behalf of Interested Party    Aronov Realty Management, Inc eric.funt@hklaw.com
          Eric B Funt   on behalf of Interested Party    Phillip Edison & Co. eric.funt@hklaw.com
          Grace E. Robson, Esq.   on behalf of Creditor    Weingarten Realty Investors grobson@mrthlaw.com,
          jgarey@mrthlaw.com,mrthbkc@gmail.com,lgener@mrthlaw.com
          Grace E. Robson, Esq.   on behalf of Creditor    DDR Corp. grobson@mrthlaw.com,
          jgarey@mrthlaw.com,mrthbkc@gmail.com,lgener@mrthlaw.com
          H Elizabeth Weller   on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com
          H Elizabeth Weller   on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com
          Heather L Harmon, Esq   on behalf of Creditor    JNS INVT, LLC HHarmon@gjb-law.com,
          gjbecf@gjb-law.com
          Ian J Kukoff, Esq   on behalf of Creditor    Olem Shoe Corporation ian.kukoff@blaxgray.com,
          alexis.read@blaxgray.com;kukoff.assistant@blaxgray.com
          James P.S. Leshaw, Esq.   on behalf of Consumer Privacy Ombudsman James P. S. Leshaw
          Jim@LeshawLaw.com
          Jeffrey  Solomon, Esq   on behalf of Creditor    Roebuck Marketplace Associates, LLC., c/o
          American Commercial Realty Corp. solomonjeffrey@hotmail.com,
          jeffreysolomonlawoffices755@gmail.com
          Jeffrey S Posta   on behalf of Creditor    Levin Properties, L.P. jposta@stark-stark.com
          Jerold C Feuerstein   on behalf of Creditor    Buchanan Acquisition LP jfeuerstein@kandfllp.com,
          litigation@kandfllp.com,rlau@kandfllp.com
          Joaquin J Alemany   on behalf of Interested Party    GLA Garner Shop II, LLC,
          joaquin.alemany@hklaw.com,  jose.casal@hklaw.com
          Joaquin J Alemany   on behalf of Interested Party    AMCB Perring LLC joaquin.alemany@hklaw.com,
          jose.casal@hklaw.com
          Joaquin J Alemany   on behalf of Creditor    WHLR-Tampa Festival, LLC joaquin.alemany@hklaw.com,
          jose.casal@hklaw.com
          Joaquin J Alemany   on behalf of Interested Party    Rivercrest Realty Associates
          joaquin.alemany@hklaw.com,  jose.casal@hklaw.com
          Joaquin J Alemany   on behalf of Interested Party    Wheeler Real Estate Investment Trust, Inc.
          joaquin.alemany@hklaw.com,  jose.casal@hklaw.com
          Joaquin J Alemany   on behalf of Interested Party    Phillip Edison & Co.
          joaquin.alemany@hklaw.com,  jose.casal@hklaw.com
          Joaquin J Alemany   on behalf of Creditor    UCR Asset Services joaquin.alemany@hklaw.com,
          jose.casal@hklaw.com
          Joaquin J Alemany   on behalf of Interested Party    New Orleans (River Commons) DDP, LLC
          joaquin.alemany@hklaw.com,  jose.casal@hklaw.com
          Joaquin J Alemany   on behalf of Interested Party    2525 E. Hillsborough Avenue, LLC
          joaquin.alemany@hklaw.com,  jose.casal@hklaw.com
          Joaquin J Alemany   on behalf of Interested Party    Walnut Hill Plaza Associates, LLC
          joaquin.alemany@hklaw.com,  jose.casal@hklaw.com
          Joaquin J Alemany   on behalf of Interested Party    Aronov Realty Management, Inc
          joaquin.alemany@hklaw.com,  jose.casal@hklaw.com
          Joaquin J Alemany   on behalf of Interested Party    Brixmor Property Group
          joaquin.alemany@hklaw.com,  jose.casal@hklaw.com
          John P Dillman   on behalf of Creditor    Harris County houston_bankruptcy@lgbs.com
          John P Dillman   on behalf of Creditor    Cypress Fairbanks ISD houston_bankruptcy@lgbs.com
          Kelly H Papa   on behalf of Creditor Kelly Papa Duval County Tax Collector kpapa@coj.net
          Luis  Salazar, Esq.   on behalf of Creditor    Mahavir International, Inc.
          salazar@salazarjackson.com,
          jackson@salazarjackson.com;dagley@salazarjackson.com;cloyd@salazarjackson.com;aguilar@salazarjack
          son.com;davila@salazarjackson.com;lee-sin@salazarjackson.com;pacetti@salazarjackson.com
          Michael A. Nardella   on behalf of Creditor    CAPREF Smyrna LLC mnardella@nardellalaw.com
          Michael E Meyers   on behalf of Creditor    Prince george's County, Maryland bdept@mrrlaw.net
          Nicholas B. Bangos, Esq.   on behalf of Creditor    Commander Signs, Inc. nbangos@diazreus.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Paul J. Battista, Esq   on behalf of Creditor    JNS INVT, LLC pbattista@gjb-law.com,
          gjbecf@gjb-law.com

District/off: 113C-1          User: cgrimm                    Page 3 of 3                    Date Rcvd: Aug 12, 2015
                             Form ID: CGFD17                  Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul Steven Singerman, Esq   on behalf of Debtor    Simply Fashion Stores, Ltd.
          singerman@bergersingerman.com,
          mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Paul Steven Singerman, Esq   on behalf of Interested Party    Simply Fashion Stores, Ltd.
          singerman@bergersingerman.com,
          mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Paul Steven Singerman, Esq   on behalf of Debtor    Adinath Corp. singerman@bergersingerman.com,
          mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Prime Clerk LLC (Smith)    dsmith@primeclerk.com,   ecf@primeclerk.com
          Rachel Obaldo    on behalf of Creditor    Texas Comptroller of Public Accounts and Texas Workforce
          Commission bk-robaldo@texasattorneygeneral.gov,   sherri.simpson@texasattorneygeneral.gov
          Ricardo A Reyes    on behalf of Creditor    Gateway Retail Center, LLC rar@tobinreyes.com,
          april@tobinreyes.com;eservice@tobinreyes.com
          Robert A Peurach    on behalf of Creditor    Joyland Shopping Center, Inc. rpeurach@gdakmak.com
          Robert A. Schatzman    on behalf of Creditor Committee    Creditor Committee
          robert.schatzman@gray-robinson.com,
          lauren.rome@gray-robinson.com;lisa.negron@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
          Robert L LeHane    on behalf of Creditor    DDR Corp. kdwbankruptcydepartment@kelleydrye.com,
          MVicinanza@ecf.inforuptcy.com
          Robert L LeHane    on behalf of Creditor    Weingarten Realty Investors
          kdwbankruptcydepartment@kelleydrye.com,   MVicinanza@ecf.inforuptcy.com
          Russell W Savory    on behalf of Creditor    Belz Investco GP russ@bsavory.com
          Scott L. Baena, Esq.    on behalf of Interested Party    Hilco Merchant Resources, LLC
          sbaena@bilzin.com,   eservice@bilzin.com;lflores@bilzin.com
          Scott L. Baena, Esq.    on behalf of Interested Party    Gordon Brothers Retail Group, LLC
          sbaena@bilzin.com,   eservice@bilzin.com;lflores@bilzin.com
          Seth  Lehrman, Esq.    on behalf of Interested Party Latonya  Sims seth@pathtojustice.com
          Stefanie R Shelley    on behalf of Attorney    Gator Linton Partners, LTD sshelley@tobinreyes.com,
          eservice@tobinreyes.com
          Steven J. Solomon, Esq.    on behalf of Plaintiff    Official Committee Of Unsecured Creditors of
          Adinath Corp and Simply Fashion Stores, Ltd. steven.solomon@gray-robinson.com,
          lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
          Steven J. Solomon, Esq.    on behalf of Creditor Committee    Creditor Committee
          steven.solomon@gray-robinson.com,
          lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
          Stuart A Young, Esq   on behalf of Creditor    Sympatico Real Estate, Inc. syoung@ybplaw.com
          Stuart A Young, Esq   on behalf of Creditor    5335 North Military, LLC syoung@ybplaw.com
          Stuart F Wilson-Patton    on behalf of Creditor    Tennessee Department of Revenue
          stuart.wilson-patton@ag.tn.gov
          Thomas M. Messana, Esq.    on behalf of Interested Party    Oakland Pointe Partners LLC
          tmessana@messana-law.com,
          emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;n
          barrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com
                                                                                          TOTAL: 88

Form CGFD17 (10/15/10)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 15−16885−LMI

Chapter: 11

**In re:**

Adinath Corp.
2110 N.W. 95th Avenue
Miami, FL 33172

EIN: 65−0324843

## NOTICE REGARDING FILING OF TRANSCRIPT AND DEADLINE FOR FILING NOTICE OF INTENT OR MOTIONS TO REQUEST REDACTION OF TRANSCRIPT

Notice is hereby given that an official transcript of a proceeding held on 7/1/15 has been filed on 8/11/2015 by the court reporter in the above captioned matter.

Pursuant to the "Bankruptcy Court Guidelines on Electronic Availability of Transcripts and Procedures for Transcript Redaction", the parties have until **08/18/2015** to file with the court a local form "Notice of Intent to Request Redaction of Transcript." Parties timely filing the local form "Notice of Intent to Request Redaction of Transcript" shall, within 21 days of the date the transcript was docketed, unless otherwise ordered by the court, file a "Statement of Personal Data Identifier Redaction Request" which shall indicate, by page and line number, the location of the personal data identifiers for which redaction is being requested.

Parties seeking to review the unredacted transcript filed with the court may either (1) purchase a copy of the transcript from the court reporter: Ouellette and Mauldin Court Reporters, 28 West Flagler St., Suite 808, Miami, Florida 33130, (305) 358−8875; or (2) view a copy of the transcript at no charge in any of the clerk's three divisional offices.

If a "Statement of Personal Data Identifier Redaction Request" is filed, the redacted transcript is due **09/11/2015**.

Absent the filing of a timely motion related to redaction, or further order of the court, the transcript will be made available after **11/09/2015** for remote electronic access and at the clerk's office public terminals for viewing and printing.

**Dated: 8/12/15**

**CLERK OF COURT**
By: Carmela Grimm
Deputy Clerk

The clerk shall serve a copy of this notice on all case participants listed as appearances on the transcript.